COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| MARGARET ELIZABETH WESTON, | § | No. 08-23-00235-CV |
|---|---|---|
| Appellant, | § | Appeal from |
| v. | § | Probate Court No. 1 |
| JONATHAN BALLENGER CLUCK, Independent Executor of the Estate of MARGARET BALLENGER CLUCK, Deceased, | § § | of Bexar County, Texas (TC# 2023PC00681) |
| | § | |
| Appellee. | § | |

## SUBSTITUTED JUDGMENT

The April 22, 2024 judgment of the Court issued is withdrawn and the following is the now judgment of the Court.

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF JUNE 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.